FILED
CLERK, U.S. DISTRICT COURT

JAN - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ROGERS,<br><br>    Petitioner,<br><br> vs.<br><br>FRANK X. CHAVEZ, Warden,<br><br>    Respondent. | Case No. CV 11-5196 GHK (MRW)<br><br>JUDGMENT |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: 1/5/12

_____
HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE